UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK    Attorney: BRETT H. KLEIN, ESQ., PLLC

MICHAEL OSGOOD

                                                     Plaintiff(s)

- against -    Index # 1:21-CV-09460-JPC-OTW

Purchased November 15, 2021

CITY OF NEW YORK, ETAL

                                                     Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 10, 2022 at 11:40 AM at

NYPD HEADQUARTERS
1 POLICE PLAZA, RM. 110-A
NEW YORK, NY 10038

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on RAYMOND SPINELLA therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to GEORGIA BONO a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 36 | 5'5 | 150 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

NYPD HEADQUARTERS
1 POLICE PLAZA, RM. 110-A
NEW YORK, NY 10038

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on January 10, 2022 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: January 10, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

CHRISTOPHER J. KLEIN
License #: 1188546
Invoice #: 777194

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045