UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MICHAEL OSGOOD,

                                                          Plaintiff,

                            -against-

CITY OF NEW YORK, BILL DEBLASIO, Individually,
JAMES O'NEILL, Individually, TERENCE
MONAHAN, Individually, DERMOT SHEA,
Individually, ANN PRUNTY, Individually, JOHN
DONAHUE, Individually, JAMES ESSIG, Individually,
and RAYMOND SPINELLA, Individually,

                                                          Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION
TO DISMISS**

21 CV 9460 (JPC)(OTW)

     **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, and all the papers and proceedings herein, Defendants will move this Court, before the Honorable John P. Cronan, United States District Judge, Southern District of New York, at the United States Courthouse located at 500 Pearl Street,  New York, New York, 10007, on a date and time to be designated by the Court, for an order and judgment, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's claims of First Amendment retaliation to the extent they are time-barred under 42 U.S.C. §§ 1983 and 1988, and for failure to state a cause of action; and granting Defendants such other and further relief as the Court deems just and proper.

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the briefing schedule set forth in the Scheduling Order dated February 11, 2022, answering papers, if any, must be served on the undersigned no later than April 11, 2022, and reply papers, if any, shall be served by April 25, 2022.  See ECF Dkt. No 48.

Date:      New York, New York
             March 14, 2022

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the
   City of New York
*Attorney for Defendants*
100 Church Street, Room 2-186
New York, New York 10007
(212) 356-2444
dosaint@law.nyc.gov


By:         *s/ Dominique Saint-Fort*
           Dominique F. Saint-Fort
           Assistant Corporation Counsel


TO:    Brett H. Klein, Esq. PLLC
       *Attorneys for Plaintiff*
       305 Broadway, Suite 600
       New York, New York 10007
       (212) 335-0132

21 CV 9460 (JPC)(OTW)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL OSGOOD,

Plaintiff,

-against-

CITY OF NEW YORK, BILL DEBLASIO,
Individually, JAMES O'NEILL, Individually,
TERENCE MONAHAN, Individually, DERMOT
SHEA, Individually, ANN PRUNTY,
Individually, JOHN DONAHUE, Individually,
JAMES ESSIG, Individually, and RAYMOND
SPINELLA, Individually,

Defendants.

**NOTICE OF MOTION TO DISMISS**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2-186
New York, New York 10007-2601

*Of Counsel:* Dominique F. Saint-Fort
*Tel:* (212) 356-2444

*Matter No.:* 2021-039786

*Due and timely service is hereby admitted.*

*New York, N.Y.* ............................................. *,* 2022

...................................................................................

*Attorney for* ..................................................................