```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MICHAEL OSGOOD,                                                        :
                                                                       :
                                Plaintiff,                             :
                                                                       :   21 Civ. 9460 (JPC) (OTW)
                -v-                                                    :
                                                                       :            ORDER
CITY OF NEW YORK et al.,                                               :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff filed his original Complaint on November 15, 2021, Dkt. 1, and Defendants filed a motion to dismiss that Complaint on March 14, 2022, Dkts. 55-56.  After Plaintiff filed an Amended Complaint on April 18, 2022, Dkt. 61, Defendants advised the Court that they intend to move to dismiss the Amended Complaint, Dkt. 62.  On July 20, 2022, the Honorable Ona T. Wang, United States Magistrate Judge, to whom this case has been referred for general pretrial supervision and settlement, granted Defendants' request for extension of time to file a motion to dismiss the Amended Complaint until September 30, 2022.  Dkt. 76.  Accordingly, Defendants' motion to dismiss the Complaint, Dkts. 55-56, is denied without prejudice.

      In addition, on February 18, 2022, Defendants requested from the undersigned a stay of discovery during the pendency of their motion to dismiss.  Dkt. 49.  As noted, supervision of discovery has been referred to Judge Wang.  Dkt. 12.  Defendants' application to the undersigned for a stay of discovery is therefore denied as well.

The Clerk of Court is respectfully directed to close the motions pending at Docket Numbers 49 and 55.

SO ORDERED.

Dated: July 20, 2022
New York, New York

                                              JOHN P. CRONAN
                                     United States District Judge