UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MICHAEL OSGOOD,

            Plaintiff,

-against-

CITY OF NEW YORK, BILL DEBLASIO, Individually, JAMES O'NEILL, Individually, TERENCE MONAHAN, Individually, DERMOT SHEA, Individually, ANN PRUNTY, Individually, JOHN DONAHUE, Individually, JAMES ESSIG, Individually, and RAYMOND SPINELLA, Individually,

            Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

No. 21 CV 9460 (JPC)(OTW)

    **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, and all the papers and proceedings herein, Defendants will move this Court, before the Honorable John P. Cronan, United States District Judge, Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, 10007, on a date and time to be designated by the Court, for an order and judgment, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's claims of First Amendment retaliation to the extent they are time-barred under 42 U.S.C. §§ 1983 and 1988, and for failure to state a cause of action; and granting Defendants such other and further relief as the Court deems just and proper.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), papers filed in opposition to a motion must be served within fourteen days after service of the moving papers, and reply papers, if any, must be served within seven days of service of the opposition papers.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 12 of the Federal Rules of Civil Procedure, in the event that this motion is denied, in whole or in part, Defendant reserves its right to answer and respectfully request thirty (30) days from docketing of the order denying the motion in which to answer the Complaint.

Date:	New York, New York
	September 30, 2022

<div style="text-align:right;">

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
   City of New York
*Attorney for Defendants*
100 Church Street, Room 2-186
New York, New York 10007
(212) 356-2444
dosaint@law.nyc.gov

</div>

By:	*s/ Dominique Saint-Fort*
	Dominique F. Saint-Fort
	Assistant Corporation Counsel

TO:	Brett H. Klein, Esq. PLLC
	*Attorneys for Plaintiff*
	305 Broadway, Suite 600
	New York, New York 10007
	(212) 335-0132

21 CV 9460 (JPC)(OTW)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| MICHAEL OSGOOD,<br><div align="right">Plaintiff,</div><br>-against-<br><br>CITY OF NEW YORK, BILL DEBLASIO, Individually, JAMES O'NEILL, Individually, TERENCE MONAHAN, Individually, DERMOT SHEA, Individually, ANN PRUNTY, Individually, JOHN DONAHUE, Individually, JAMES ESSIG, Individually, and RAYMOND SPINELLA, Individually,<br><div align="right">Defendants.</div> |
| **NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT** |
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel of the City of New York*<br>Attorney for Defendants<br>100 Church Street, Room 2-186<br>New York, New York 10007-2601<br><br>*Of Counsel:* Dominique F. Saint-Fort<br>*Tel:* (212) 356-2444<br><br>*Matter No.:* 2021-039786 |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.* ............................................ , 2022<br><br>..................................................................<br><br>*Attorney for* ................................................. |

- 3 -