**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132 F: (212) 335-0571

October 17, 2022

**BY ECF**

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Osgood v. City of New York, et al.,* 21 CV 9460 (JPC)(OTW)

Dear Magistrate Judge Wang:

    I represent the plaintiff in the above-referenced civil rights action. I write to provide the joint status report required via the Court's Order dated September 30, 2022 (ECF Doc. 80), as well as to address the briefing schedule for defendants' recently filed motion to dismiss.

    With regard to the status of settlement, since the last status report, the City conveyed its first offer, and plaintiff today provided a supplemental demand setting forth plaintiff's economic loss calculations. The parties agree that a settlement conference convened at the Court's earliest convenience would be helpful and productive.

    As to defendants' motion to dismiss, plaintiff requests that the briefing be held in abeyance or otherwise adjourned *sine die* pending the parties' continued and ongoing good faith settlement efforts. Defendants oppose holding the briefing schedule in abeyance but are amenable to setting a date several weeks from now to accommodate the undersigned's schedule.

    Thank you for your consideration.

                      Respectfully,

                      *Brett Klein*

                      Brett H. Klein

cc:    Dominique F. Saint-Fort, Esq.