UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL OSGOOD,

          Plaintiff,

          -against-

CITY OF NEW YORK, et al.,

          Defendants.
------------------------------------------------------------x

21-CV-9460 (JPC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to file a joint status letter by **April 3, 2023**, on the status of discovery. The parties shall include a joint proposed briefing schedule for the opposition and reply for Defendants' motion to dismiss the amended complaint (ECF 81). The parties shall also file a joint proposed updated Civil Case Management Plan and Scheduling Order by **April 3, 2023**. (ECF 54).

      SO ORDERED.

Dated: March 13, 2023
      New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge