**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MICHAEL OSGOOD,

                Plaintiff,

                -against-

CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

21-CV-9460 (JPC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

On January 26, 2023, the case was **STAYED** pending settlement discussions. (ECF 91). The stay is hereby **LIFTED**. The parties shall file a **joint proposed updated Civil Case Management Plan and Scheduling order by May 25, 2023.** The joint proposed order shall include a proposed briefing schedule for the opposition and reply for Defendants' motion to dismiss the amended complaint (ECF 81). There will be no further extensions.

        **SO ORDERED.**

Dated: May 5, 2023
       New York, New York

                                          *s/ Ona T. Wang*
                                          **Ona T. Wang**
                                          United States Magistrate Judge