

305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132 F: (212) 335-0571

September 22, 2023

**BY ECF**

Honorable John P. Cronan
United States District Judge
500 Pearl Street
New York, NY 10007

      Re:    *Osgood v. City of New York, et al.,* 21 CV 9460 (JPC)(OTW)

Dear Judge Cronan:

      I represent the plaintiff in the above-referenced civil rights action, which was settled and is pending payment by the defendants. I write to request that the Court extend the deadline for the settlement stipulation to be filed so that the Court may retain jurisdiction over the settlement and/or for the action to be restored from September 22, 2023 to October 23, 2023.  We contemplate the settlement to be fully consummated by that date but will notify the Court if a further extension is requested for any reason.

      Defense counsel consents to this request.

      Thank you for your consideration.

                               Respectfully,

                               *Brett Klein*

                               Brett H. Klein

cc:    ACC Ivan Mendez (by ECF)

> The request is granted.  The deadline for filing the settlement stipulation is adjourned from September 22, 2023 to October 23, 2023.
>
> SO ORDERED.
> September 25, 2023
> New York, New York

                             _____
                               JOHN P. CRONAN
                             United States District Judge