**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132 F: (212) 335-0571

October 23, 2023

**BY ECF**

Honorable John P. Cronan
United States District Judge
500 Pearl Street
New York, NY 10007

Re:   *Osgood v. City of New York, et al.,* 21 CV 9460 (JPC)(OTW)

Dear Judge Cronan:

I represent the plaintiff in the above-referenced civil rights action, which was settled and is pending payment by the defendants. I write to request that the Court extend the deadline for the settlement stipulation to be filed so that the Court may retain jurisdiction over the settlement and/or for the action to be restored from October 23, 2023 to November 22, 2023. We await, *inter alia,* consummation of the back pay and pension allowance provisions of the settlement agreement to be implemented. We contemplate the settlement to be fully consummated by the requested status date but will notify the Court if a further extension is requested for any reason.

Thank you for your consideration.

Respectfully,

*Brett Klein*

Brett H. Klein

cc:   ACC Ivan Mendez (by ECF)

The request is granted. The deadline for filing the settlement stipulation is adjourned from October 23, 2023 to November 22, 2023.

SO ORDERED.
October 23, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge